CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY ALAN GROSSNER KK1793    :

**Full Name of Plaintiff        Inmate Number**

                           :    Civil No. _____

                           :    (to be filled in by the Clerk's Office)

             v.           :

SUPERVISOR    :

(SCI) BENNER MEDICAL DEPT.    :    (X) Demand for Jury Trial

**Name of Defendant 1**    :    (   ) No Jury Trial Demand

                           :

LORI JOZEFIK, L.P.N.    :

**Name of Defendant 2**    :

                           :

_____    :

**Name of Defendant 3**    :

                           :

_____    :

**Name of Defendant 4**    :

                           :

_____    :

**Name of Defendant 5**    :

(Print the names of all defendants. If the names of all    :

 defendants do not fit in this space, you may attach    :

additional pages. Do not include addresses in this    :

section).    :

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II.    **ADDRESSES AND INFORMATION**

A.    **PLAINTIFF**

GLOSSNER, JEFFREY, A.

Name (Last, First, MI)

KK 1793

Inmate Number

(SCi)BENNER ToWNship, 301 INSTiTuTioN DRiVE

Place of Confinement

301 INSTiTuTioN DRiVE

Address

BELLEFoNTE, PA. 16823, BELLEFoNTE iN CENTRE, CO.

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

____    Pretrial detainee

____    Civilly committed detainee

____    Immigration detainee

X    Convicted and sentenced state prisoner

____    Convicted and sentenced federal prisoner

B.    **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

SuPERViSoR (SCi) BENNER MEDiCAL DEPARTMENT

Name (Last, First)

PRisoN MEDiCAL DEPARTMENT, SuPERViSoR

Current Job Title

301 INSTiTuTioN DRiVE

Current Work Address

BELLEFoNTE, PA. 16823 CENTRE CouNTY

City, County, State, Zip Code

Defendant 2:

_JOZEFIK, LORI_

Name (Last, First)

_L.P.N. MEDICAL DEP'T._

Current Job Title

_301 INSTITUTION DRIVE_

Current Work Address

_BELLEFONTE, PA. 16823    CENTRE COUNTY_

City, County, State, Zip Code

Defendant 3:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 4:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

## III.     STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.     Describe where and when the events giving rise to your claim(s) arose.

(Sci) BENNER MEDICAL DEPARTMENT ON DECEMBER 28, 2023. WHILE GETING MONTHLY "VIVITROL" INJECTION THE NURSE DID NOT USE ALCOHOL PAD FIRST ON SKIN GIVING CAUSATION TO A "MRSA" INFECTION, RIGHT REAR.

B.     On what date did the events giving rise to your claim(s) occur?

DECEMBER 28, 2023 TO JANUARY 12, 2024

C.     What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

ON DECEMBER 28, 2023 IN THE MEDICAL DEP'T RECIEVING A "VIVITROL" INJECTION (which is FOR A R.A. NEED DISABILITY) THE NURSE DID NOT USE AN ALCOHOL PAD ON THE INJECTION SITE AND JAMMED THE NEEDLE IN. I WAS IN IMMEDIATE PAIN FROM THE RECKLESS MANNER I RECIEVED TREATMENT. I HAD BEEN RECIEVING THE "VIVITROL" INJECTION EVERY 28 DAYS UNDER U.S. 42 U.S.C. §12102-1232 SEC. 504 FOR ALCOHOL AND O.U.D. TREATMENT. OVER THE NEXT 7 DAYS I WAS IN EXTREME PAIN AND COULD HARDLY WALK. JAN. 4, 2024 I SUBMITTED A SICK CALL SLIP. JAN. 5, 2024 I WAS SEEN by DR. HOWARD AND SHE TOLD ME TO COME BACK THE NEXT DAY. THE NEXT DAY I WAS SEEN BY A NURSE PRATICIONER AND WAS SENT TO THE EMERGENCY ROOM AT THE HOSPITAL. I WAS ON A 24/7 ANTIBIOTIC DRIP - DIAGNOLED WITH MRSA INFECTION, CAUSED by THE INJECTION NOT STERILIZED FIRST. THIS IS CLEARLY DELIBERATE INDIFFERENCE TREATMENT ON A PRISONER.

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

Nov. 30, 2025

Date

(IN ADDITION TO STATED CLAIMS)

~~ADDENDUM EXHIBIT SEE CLAIMS~~

**I)** A.)   The PLAINTIFF IN This CASE, JEFFREY ALAN GLOSSNER SUBMITS The FOLLOWING VIOLATION TO The VIII AMENDMEND To The U.S. CONSTITUTION — AS READ, "PROHIBITS CRUEL AND UNUSUAL PUNISHMENT."" AND ENTITLES PRISONERS TO MEDICAL CARE That is NOT SO POOR AS TO AMOUNT TO Such PUNISHMENT." (CR) RIGHTS, U.S., 1791.

IN This INSTANT CASE The STAFF MEMBER IN THE MEDICAL DEPARTMENT AT (SCI) BENNER hERE-IN NAMED, ALSO Et 3L. ACTED IN A MALICIOUS MANNER BY NOT FOLLOWING STANDARD MEDICAL PROTOCOL WHEN The DEFENDAND, Et3L. DID NOT STERILIZE The SKIN SURFACE FIRST BEFORE ADMINISTERING MEDICINE INJECTION TO The RIGHT BUTTOCKS AREA.

(1)

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1.) VIOLATION of 8TH AMENDMENT U.S. CONSTITUTION CRUEL AND UNUSUAL TREATMENT

2.) VIOLATION of O.U.D TREATMENT TITLE II of the (RA) (ADA), 42 U.S.C. CHAPTERS 126 § 12101-12213 PRISONER BY IMPROPERLY ADMINISTRING MEDICATION AND CAUSING SERIOUS MEDICAL INJURY. (Hospitalized 8 DAYS)

3.) DELIBERATE INDIFFERENCE ① THE WAY AND MANNER THE INJECTION WAS ADMINISTERED. TO WIT: NURSE DID NOT STERILIZE INJECTION SITE with ALCOHOL PAD FIRST, THEN FORCED NEEDLE IN HARD.
② DELIBERATE INDIFFERENCE WHEN SEEN BY THE PRISON DOCTOR AND WAS TOLD TO WAIT AND COME BACK THE NEXT DAY WHEN THIS WAS A MEDICAL EMERGENCY.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

① TEMPORARY PAIN ② THIS EVENT COULD HAVE KILLED ME. ③ I HAD TO REFUSE MY O.U.D TREATMENTS FROM "TRAUMATIC" EMOTIONAL DISTRESS WITH PTSD AFTER THIS EVENT, I DEAL WITH ANXIETY AND OTHER ISSUES FROM NOT GETTING OUD TREATMENT.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

① I WOULD LIKE TO SEE THAT THE MEDICAL DEPT HIRES BETTER QUALIFIED PERSONEL ② I FEEL I SHOULD SEEK

MONEY DAMAGES ~ ~~[struck through]~~ FOR THIS EXTREMELY PAINFUL AND TRAUMATIC EXPERIENCE THAT COULD HAVE KILLED ME. MENTAL PTSD, ANXIETY STILL AN ISSUE.

con't.

(I) A.) That moment and continued
to progress to the point of
emergency hospitalization,
critical care for seven (7) days
of round the clock 24/7 multiple
types of antibiotic IV's

The pain was tremendous
the entire fourteen days of
MRSA infection. The plaintiff
was traumatized tremendously.
The plaintiff now fears any
type of medically needed
injection for fear of re-trauma-
tizing himself, by the hands
of others.

— PRESENT VIOLATION —

(I) B) Under O.U.D. treatment of U.S.C. title 42
chapters 126 §12101 - 12213, it is clearly
stated any person qualified for treatment
shall not be denied the benefits of any
such program by a public entity. In this
case the claimant is NOT enjoying the
benefits entitled to him since February of
2024.

(2)  SEE: Enclosed paper
work for evidense.

CON'T

(III)        THE U.S. COURT NOTED THAT A PRISONER DOES NOT NEED TO SHOW "SIGNIFICANT INJURY.

       SEE: SIGLAR V HIGHTOWER, 112 F.3d 191 (5TH CIR. 1997)

(IV) "DUTY": –

       THE MEDICAL STAFF IN THIS CASE FAILED IN THIER "DUTY" TO KEEP THE PRISONER "SAFE" AND "PROTECT" him FROM UNREASONABLE RISKS OR HARM, ie., MRSA infection. Which WAS DIRECTLY CAUSED BY NOT STERIZIZING THE SKIN SURFACE "FIRST", THEN INJECTING THE MEDICINE. This is CLEAR "NEGLIGENCE" ON THE DEFENDANTS ACTIONS OR INACTIONS.

(4)

(V) "HARM":—

The harm inflicted, extreme pain, trauma, PTSD, was directly caused by the defendant, et.al. and no one else at (sci) Benner medical department on December 28, 2023 and lasted a total of two weeks. The plaintiff had to fight for his life in the hospital. The plaintiff in this case suffered "severe" emotional distress. caused by the defendant, et.al.

(VI) In this civil 8th Amen claim — for the harm and emotional distress, PTSD the plaintiff seeks the monatary relief of $100,000.00 with respect to the court in this matter.

Respectfully,

Jeffrey Q. Glosson

DATED: NOV 30, 2025 (5)

<u>Civil Complaint, 42 U.S.C. §1983</u>

Jeffrey Glossner
Reg. No. KK-1793
SCI-Benner Township
**SPECIAL MAIL-OPEN ONLY**
**IN PRESENCE OF INMATE**
301 Institution Drive        <u>PRO Se</u>
Bellefonte, PA 16823

<u>PROThoNOTARY AND CLERK</u>
<u>OF COURTS,</u>

<u>PLEASE FIND ENCLOSED:</u>

<u>1.) COPY of CiViL ComPLAINT-"1983"</u>

<u>2.) IN FORMA PAUPERIS APPLICATION</u>

<u>3.) LEGAL ATTEMPTS/ATTORNEYS "MOTION FOR COUNSEL"</u>

<u>4.) COPY of COMPLETE, 42 U.S.C. 1997(e)(3) Administrative Evaution</u>

<u>DATE: 12-15-25</u>            <u>RESPECTFULLY SUBMITTED,</u>

<u>DEC. 12, 2025</u>            <u>Jeffrey A. Glossner</u>

<u>JEFFREY A. GLOSSNER</u>
<u>KK 1793</u>
<u>(SCI) BENNER TOWNSHIP</u>
<u>301 INSTITUTION DRIVE</u>
<u>BELLEFONTE, PA. 16823</u>

KK 179
(sci\Ben
301 Inst.
Bellefonte, PA. 16823

INMATE MAIL
PA DPT OF
CORRECTIONS

FIRST-CLASS



US POSTAGE~PITNEY BOWES

ZIP 16823  $ 003.84⁰
02 7W
0006042330 DEC 15 2025

RECEIVED
SCRANTON

DEC 23 2025

PER _____
DEPUTY CLERK.

Office of The Clerk/Peter J. Welsh

UNITED STATES DISTRICT COURT for The

MIDDLE DISTRICT of PENNSYLVANIA

William J. Nealon Federal Bldg, and U.S. Courthouse

235 North Washington Avenue

P.O. Box 1148

Scranton, Pennsylvania

18501-1148

"LEGAL MAIL"