## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY ALAN GLOSSNER,<br>Plaintiff | : | No. 3:25-CV-2503 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SUPERVISOR SCI BENNER | : | |
| MEDICAL DEP'T, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED THAT**:

1. Plaintiff's Section 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's motion for appointment of counsel (Doc. 4) is **DENIED** without prejudice, as his Section 1983 claims do not meet the threshold requirement of having arguable merit in fact and law.  See Tabron v. Grace, 6 F.3d 147, 155 (3d Cir. 1993).

3. Plaintiff's motion "to dismiss additional claim" (Doc. 10), which moves to dismiss the supplemental claim purportedly raised in CM/ECF Document 9, dated February 23, 2026, and received by the court on March 6, 2026, (see Doc. 9 at 2), is **GRANTED**.

4. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order.

5. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal <u>with prejudice</u> and the court will CLOSE this case.

Date: 4/24/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2